JS-6

1  LARRY C. DRAPKIN (SBN 98771)
   lcd@msk.com
2  WADE B. GENTZ (SBN 249793)
   wbg@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:  (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Defendants Neptune Management
   Corp., Neptune Society Of America, Inc., and
7  Trident Society, Inc.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SMART CREMATION, LLC, a Delaware corporation, and JERRY NORMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NEPTUNE MANAGEMENT CORP., a California corporation, NEPTUNE SOCIETY OF AMERICA, INC., a California corporation, TRIDENT SOCIETY, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 10-6065-CAS (CWx)<br><br>The Honorable Christina A. Snyder<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

1 | Based on the Stipulation To Dismiss This Action With Prejudice entered
2 | into between Plaintiffs Smart Cremation, LLC and Jerry Norman and Defendants
3 | Neptune Management Corp., Neptune Society Of America, Inc., and Trident
4 | Society, Inc., and which was filed on September 22, 2010, the Court hereby
5 | dismisses the above-entitled action in its entirety with prejudice. Each party shall
6 | bear his or its own costs and attorneys' fees.

8 | IT IS SO ORDERED.

10 | Dated: September 23, 2010

*/s/ Christina A. Snyder*

The Honorable Christina A. Snyder
United States District Judge

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

     On September 22, 2010, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Adam S. Bram, Esq.
Law Offices Of Adam S. Bram
11318 Farlin Street
Los Angeles, CA 90049
PHONE:     (310) 472-7508
FAX:       (310) 472-7509

E-Mail:    abram@abramlaw.com

☒ **BY PLACING FOR COLLECTION AND MAILING:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

     Executed on September 22, 2010, at Los Angeles, California.

                                     Bertha A. García